**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| TRINIDAD ANGELES-GONZALEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FACILITIES ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,<br><br>　　　　Respondents. | No. 5:26-cv-02988-JGB-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.　　The Report and Recommendation is accepted.

2.　　The Petition is granted. Petitioner Trinidad Angeles-Gonzalez (A# 221-453-629) shall be immediately released on reasonable conditions.

3. Respondents shall file a status report confirming Petitioner's release within three days of this Order. Upon receiving confirmation that Petitioner has been released, judgment shall be entered accordingly.

4. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: July 31, 2026

_____

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE