JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

TRINIDAD ANGELES-GONZALEZ,

Petitioner,

v.

FACILITIES ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al,

Respondents.

No. 5:26-cv-02988-JGB-BFM

**JUDGMENT**

On July 31, 2026, the Court issued an order granting the petition and ordered Petitioner Trinidad Angeles-Gonzalez (A# 221-453-629) to be immediately released on reasonable conditions of supervision. (ECF 17.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 18.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: August 6, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE